UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ISIDRO ZELAYA                                           CIVIL ACTION NO. _____

VERSUS

HUNAN RESTAURANT, INC. and
JEFFREY CHENG

**COMPLAINT**

Plaintiff Isidro Zelaya, a resident of the age of majority residing in the Parish of East Baton Rouge, State of Louisiana, brings this complaint against Hunan Restaurant, Inc. and Jeffrey Cheng, stating the following:

*Defendants*

1.

Made defendants herein are:

(a) Hunan Restaurant, Inc., a corporation created under the laws of the State of Louisiana, domiciled and having its principal place of business in East Baton Rouge Parish, Louisiana; and

(b) Jeffrey Cheng, a natural person of the age of majority residing, upon information and belief, in East Baton Rouge Parish, Louisiana.

*Jurisdiction and Venue*

2.

This Court has subject matter jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1331.

3.

Plaintiff files this action pursuant to the Fair Labor Standards Act (29 U.S.C. § 201, *et seq.*).

4.

The great majority of the facts giving rise to this cause of action occurred within East Baton Rouge Parish, Louisiana.

*Plaintiff*

5.

Plaintiff Zelaya until recently was employed by defendants as a dishwasher from approximately 2012 through 2016. He was paid a "salary" of $900.00 bi-monthly. His work schedule was 11:00 am through 10:00 pm, six days per week. He was not paid overtime for hours worked in excess of 40 hours per week.

6.

Plaintiff at all times was the non-exempt employee of Hunan Restaurant under the Fair Labor Standards Act. Hunan directed the time, method, and manner of the plaintiff's work duties.

7.

Upon information and belief, Defendant Jeffrey Cheng is the president of Hunan Restaurant, Inc. and he devised the system whereby Hunan failed to pay overtime to the plaintiff. He is therefore also the "employer" of the plaintiff as that term is defined by the FLSA and is personally liable to plaintiff under the FLSA.

8.

Under the Fair Labor Standards Act, plaintiff is entitled to payment of additional wages at the rate of one and one-half times the rate of his regular pay for all hours worked in excess of forty hours per week throughout the duration of his employment.

9.

The defendants knowingly and willfully violated the FLSA. Plaintiff is therefore also entitled to recover from defendants an equal sum as liquidated damages, together with reasonable attorney fees, legal interest, costs, as well as to such equitable relief as may be appropriate to effectuate the purposes of the Fair Labor Standards Act.

**WHEREFORE,** plaintiff prays that there be service and citation upon the defendants, and that after all legal delays and proceedings that there be a judgment rendered in favor of the plaintiff and against the defendants for accumulated wages at the overtime rate as required by law, and an equal sum as liquidated damages, reasonable attorneys fees, interest on all sums due and owing from the date of judicial demand until paid, and for all costs of this proceeding.

Respectfully Submitted:

**ESTES DAVIS LAW, LLC**

/S Daniel B. Davis
Daniel B. Davis (La. Bar Roll No. 30141)
Randall E. Estes (La. Bar Roll No. 22359)
850 North Boulevard
Baton Rouge, LA 70802
Telephone: (225) 336-3394
Facsimile: (225) 384-5419
*Attorneys for Plaintiff*